**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GREEN COUNTRY OUTLET, INC. ) | |
| et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-26-93-G |
| ) | |
| COVINGTON SPECIALTY ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiffs Green Country Outlet, Inc. and Inhofe Land and Cattle, Inc. initiated this action in the District Court of Oklahoma County, Oklahoma, against Defendant Covington Specialty Insurance Co., who removed the case to this Court on January 20, 2026, pursuant to 28 U.S.C. §§ 1332 and 1441.  *See* Notice of Removal (Doc. No. 1).

Upon a review of the case record, the Court found that transfer of this action may be warranted because the claims arise from, and the parties are connected to, Muskogee County, Oklahoma.  *See* Am. Pet. (Doc. No. 1-8); Order to Show Cause (Doc. No. 19). Muskogee County lies within the territorial jurisdiction of the Eastern District of Oklahoma.  28 U.S.C. § 116(b).  It therefore appeared "that jurisdiction and venue would be proper in the Eastern District" and that "transfer to the District Court for the Eastern District of Oklahoma, which is located in Muskogee, Oklahoma, would be 'convenient,' 'fair,' and 'in the interest of justice.'"  Order to Show Cause at 4 (alterations omitted)

(quoting 28 U.S.C. § 1404(a); *Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1516 (10th Cir. 1991)).

The Court ordered any party who objected to such a transfer to show cause in writing no later than May 12, 2026, why transfer should not be ordered. *See id.* The parties were advised that absent showing of such cause, this action was subject to transfer pursuant to 28 U.S.C. § 1404(a). *See id.*

As of this date, no party has responded to the Order to Show Cause or sought additional time to do so.

CONCLUSION

Having reviewed the relevant record, the Court finds that venue properly lies in the Eastern District of Oklahoma and that transfer is in the interest of justice. *See* 28 U.S.C. § 1404(a). The Clerk of Court is DIRECTED to transfer this case to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 5th day of June, 2026.

CHARLES B. GOODWIN
United States District Judge